```
                        United States Bankruptcy Court
                         Eastern District of California

In re:                                                          Case No. 14-28025-B
Theron J. Connelly                                              Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0972-2            User: lbef               Page 1 of 2       Date Rcvd: Feb 02, 2015
                                Form ID: L55             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2015.
db            +Theron J. Connelly,   PO Box 990605,   Redding, CA 96099-0605
cr            +Ville Holdings, Inc.,    c/o Nick Kareotes,   848 N Rainbow Blvd #331,
               Las Vegas, NV 89107-1103
21313535      +American Contractor's Indemnity Co,   Claims Division,   601 S Figueroa St #16,
               Los Angeles CA 90017-5721
21182874       Asset Acceptance LLC x2 Acct 0753,   POB 2036,   Warren MI 48090-2036
21169392      +Cascade Paint and Supply,   1220 California Street,   Redding CA 96001-0689
21182876       City of Redding,   777 Cypress Avenue 3rd Floor,   P O Box 496071,   Redding CA 96049-6071
21169393      +City of Redding,   States Recovery Systems, Inc.,   PO Box 2860,   Rancho Cordova CA 95741-2860
21169394      +Daniel Heleniak,   4042 Sheryl Drive,   Redding CA 96002-3527
21182881       Navajo Capital Inc,   848 N Rainbow BIvd 331,   Las Vegas NV 89107
21169398      +Navajo Capital Inc,   848 N Rainbow Blvd 331,   Las Vegas NV 89107-1103
21169399      +Nick Kareotes,   848 Rainbow Blvd 331,   Las Vegas NV 89107-1103
21305928      +Shasta County Tax Collector,   PO Box 99-1830,   Redding CA 96099-1830
21169402       Shasta County Tax Collector,   POB 991830,   Redding CA 96099-1830
21169403      +Springleaf Financial Services,   POB 970,   Evansville IN 47706
21169404      +Terry Waters,   5878 Cabral Ave,   San Jose CA 95123-3802
21169405      +Ville Holdings Inc,   848 N Rainbow Blvd 331,   Las Vegas NV 89107-1103
21182889       Wells Fargo Bank,   POB 63491,   Overdraft Recovery Pmt PRC Dept,   San Francisco CA
21169406       Wells Fargo Bank,   POB 63491,   MACA143-042,   Overdraft Recovery Pmt PRC Dept,
               San Francisco CA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QJWREGER.COM Feb 03 2015 03:28:00     John W. Reger,   280 Hemsted #C,
               Redding, CA 96002-0934
smg            EDI: EDD.COM Feb 03 2015 03:28:00     Employment Development Department,
               Bankruptcy Group, MIC 92E,   PO Box 826880,   Sacramento, CA  94280-0001
21169391       EDI: ACCE.COM Feb 03 2015 03:28:00     Asset Acceptance LLC,   POB 2036,   Warren MI 48090-2036
21237941       EDI: CALTAX.COM Feb 03 2015 03:28:00     FRANCHISE TAX BOARD,   BANKRUPTCY SECTION MS A340,
               PO BOX 2952,   SACRAMENTO CA 95812-2952
21182879       EDI: CALTAX.COM Feb 03 2015 03:28:00     Franchise Tax Board,   POB 2952,
               Sacramento CA 95812-2952
21169396       EDI: CALTAX.COM Feb 03 2015 03:28:00     Franchise Tax Board,   POB 2952,
               Bankruptcy Section MSA 340,   Sacramento CA 95812-2952
21169395       EDI: IRS.COM Feb 03 2015 03:28:00     Department of the Treasury,   Internal Revenue Service,
               P O Box 9019,   Holtsville NY 11742-9019
21317191       E-mail/Text: ipfscollectionsreferrals@ipfs.com Feb 03 2015 04:04:36      IPFS Corporation,
               30 Montgomery Street,   Suite 1000,   Jersey City, NJ 07302
21169400      +E-mail/Text: bankruptcies@libertymutual.com Feb 03 2015 04:03:44
               Ohio Casualty Insurance Company,   62 Maple Ave,   Collections MS 152,   Keene NH 03431-1625
21182883      +E-mail/Text: bankruptcies@libertymutual.com Feb 03 2015 04:03:44
               Ohio Casualty Insurance Company,   62 Maple Ave,   Keene NH 03431-1625
21180656      +E-mail/Text: csidl@sbcglobal.net Feb 03 2015 04:04:31     Premier Bankcard/Charter,   POB 2208,
               Vacaville CA 95696-8208
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Franchise Tax Board,   PO Box 2952,   Sacramento, CA  95812-2952
21182875*     +Cascade Paint and Supply,   1220 California Street,   Redding CA 96001-0689
21182877*     +Daniel Heleniak,   4042 Sheryl Drive,   Redding CA 96002-3527
21182878*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Department of the Treasury,   Internal Revenue Service,
               P O Box 9019,   Holtsville NY 11742-9019)
21169397*      Internal Revenue Service,   POB 7317,   Philadelphia PA 19101-7317
21182880*      Internal Revenue Service x2,   POB 7317,   Philadelphia PA 19101-7317
21182882*     +Nick Kareotes,   848 Rainbow Blvd 331,   Las Vegas NV 89107-1103
21182884*     +Premier Bankcard Charter,   POB 2208,   Vacaville CA 95696-8208
21182885*      Shasta County Tax Collector,   POB 991830,   Redding CA 96099-1830
21182886*     +Springleaf Financial Services,   POB 970,   Evansville IN 47706
21182887*     +Terry Waters,   5878 Cabral Ave,   San Jose CA 95123-3802
21182888*     +Ville Holdings Inc,   848 N Rainbow Blvd 331,   Las Vegas NV 89107-1103
21169401     ##+Premier Finance Bank,   890 Cypress Ave,   Redding CA 96001-2715
                                                                             TOTALS: 0, * 12, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0972-2          User: lbef                Page 2 of 2              Date Rcvd: Feb 02, 2015
                              Form ID: L55              Total Noticed: 29

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

FORM L55 Discharge of Debtor  (v.9.14)                                                          14–28025 – B – 7

# UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## DISCHARGE OF DEBTOR

**Case Number:**    14–28025 – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Theron J. Connelly
xxx–xx–2334

PO Box 990605
Redding, CA 96099

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated:                                                                    For the Court,
2/2/15                                                                    Wayne Blackwelder , Clerk

FORM L55
(Continued)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

### Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

   a. Debts for most taxes;
   b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
   c. Debts that are domestic support obligations;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**